**Order entered May 13, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00765-CV

### IN RE PLAINSCAPITAL BANK, Relator

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-07601**

### ORDER
Before Justices Pedersen, Carlyle, and Garcia

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial judge (1) to vacate his August 6, 2020 order granting real parties' Motion to Remove Case from Jury Docket and Re-Set as Non-Jury Trial (the "Motion"), (2) to deny the Motion, and (3) to return the case to the jury trial docket. We further **ORDER** the trial judge to file with this Court **within fifteen (15) days of the date of this order**, a certified copy of his order issued in compliance with this order. Should the trial court fail to comply with this order, the writ will issue.

/Bill Pedersen, III/

BILL PEDERSEN, III
JUSTICE